

October 28, 2014

**Via ECF and First Class Mail**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      **RE:**   *Sanchez, et al. v. Go New York Tours Inc., et al.*
            **Case No. 14-CV-4982 (PGG)**

Honorable Judge Gardephe:

    My office represents the Defendants with respect to the above-referenced matter.  Per your direction during our joint telephone conference on October 21, 2014, Defendants were required to inform you regarding their intention to file a motion to dismiss by October 28, 2014.

    Please be advised that the Defendants do not intend to make that motion at this time.

    Thank you for your attention to this matter and your anticipated courtesies.

                            Respectfully submitted,

                                  s/
                            Kevin M. Doherty, Esq.

cc:  Justin A. Zeller, Esq.

630 Third Ave. 15th Floor   1 Bridge Plaza N. Ste. 275   263 Tresser Blvd. 9th Floor   1650 Market Street 36th Fl.
New York, NY 10017          Fort Lee, NJ 07024           Stamford, CT 06901            Philadelphia, PA 19103
TEL: 212.644.1310           TEL: 201.862.9644            TEL: 203.328.7598             TEL: 215.575.1180

firm.greenwaldllp.com    www.greenwaldllp.com

Please Respond to the Orangeburg Office Above